# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MEDICAL PROVIDER FINANCIAL CORPORATION II, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADDISON D. LARREAU, *et al*.,<br><br>    Defendants. | Case No. 2:07-CV-001618-KJD-PAL<br><br>**ORDER** |

    Presently before the Court is Defendant Addison D. Larreau's Motion to Re-open Case, Set Aside Judgment, and Dismiss Case as to Addison D. Larreau Only (#87/88/89). Though the time for doing so has passed, no party has filed a response in opposition to the motion. Therefore, in accordance with Local Rule 7-2(d), and good cause being found, the Court **GRANTS** Defendant Larreau's motion as to Defendant Larreau only. The Judgment (#85) is **VACATED as to Defendant Larreau ONLY**. The action against Defendant Larreau is **DISMISSED with prejudice**.

////

////

////

The Court's Order (#84) granting summary judgment against the remaining Defendants and resulting Judgment (#85) remain in full force and effect from the date they were entered, March 4, 2011.

**IT IS SO ORDERED.**

DATED this 22nd day of June 2011.

_____
Kent J. Dawson
United States District Judge

2